# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **DOUGLAS ALAN HESS** )<br>   Plaintiff, ) | Civil Action No. 1:11cv00029 |
| ) ) | |
| v. ) | **ORDER** |
| ) ) | By: JAMES P. JONES |
| **MICHAEL J. ASTRUE**, ) | UNITED STATES DISTRICT JUDGE |
| **Commissioner of Social Security**, ) <br>   Defendant. ) | |

It appearing that no objections have been timely filed to the Report and Recommendation filed May 31, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;
2. Attorneys' fees are awarded to the plaintiff under the provisions of the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d) in the amount of $981.25; and
3. This amount will be paid directly to the plaintiff and sent to the business address of plaintiff's counsel.

ENTER: May 31, 2012.

/s/ James P. Jones

United States District Judge