# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **DOUGLAS ALAN HESS** | ) | |
| Plaintiff, | ) | Civil Action No. 1:11cv00029 |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | By: JAMES P. JONES |
| **MICHAEL J. ASTRUE**, | ) | UNITED STATES DISTRICT JUDGE |
| **Commissioner of Social Security**, | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report and Recommendation filed May 31, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorneys' fees are awarded to the plaintiff under the provisions of the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d) in the amount of $981.25; and

3. This amount will be paid directly to the plaintiff and sent to the business address of plaintiff's counsel.

ENTER: May 31, 2012.

/s/ James P. Jones

_____

United States District Judge