CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 2 9 2014

JULIA C. DUDLEY, CLERK
BY: *Z. Clark*
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| DOUGLAS ALAN HESS, | ) | |
| Plaintiff, | ) | Civil Action No. 1:11cv00029 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| **Acting Commissioner of** | ) | By: JAMES P. JONES |
| **Social Security,** | ) | UNITED STATES DISTRICT JUDGE |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed July 7, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorney's fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $3,000.00; and

3. Plaintiff's counsel shall refund to Hess the $981.25 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: _July 29_ 2014.

United States District Judge